EXHIBIT "B"

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| VÁSTAGO PRODUCCIONES, LLC | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:23-cv-01432 |
| HEAVEN PUBLISHING LLC and MICHAEL RODRIGUEZ | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                                     Google LLC

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attachment "A".

| Place: First Legal<br>1000 G Street, Suite 250<br>Sacramento, California 95814 | Date and Time:<br>12/04/2023 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 11/09/2023

CLERK OF COURT

_____          OR          _____
*Signature of Clerk or Deputy Clerk*                              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Plaintiff Vástago Producciones, LLC _____, who issues or requests this subpoena, are:

Michael Trauben, 400 S. Beverly Dr., Ste 240, Beverly Hills, CA 90212, 310.856.9705 | mtrauben@singhtraubenlaw.com

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 4:23-cv-01432

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Google LLC

on *(date)*    11/09/2023    .

☑ I served the subpoena by delivering a copy to the named person as follows:   Jenn Bautista, Authorized

Agent for Registered Agent, Corporations Service Company; 2710 Gateway Oaks Drive, Ste 150 N

Sacramento, CA 95833              at 12:40 PM        on *(date)*    11/13/2023    ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $        50.00        for travel and $                    for services, for a total of $      50.00    .

I declare under penalty of perjury that this information is true.

Date:    11/15/2023

*Server's signature*

Jenice Rossner, Process Server
*Printed name and title*

3104 O Street, #230
Sacramento, CA 95816

*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
    **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
    **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2) *For Other Discovery.*** A subpoena may command:
    **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2) *Command to Produce Materials or Permit Inspection.***
    **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
    **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3) *Quashing or Modifying a Subpoena.***
    **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
    **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
    **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1) *Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
    **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
    **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
    **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
    **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2) *Claiming Privilege or Protection.***
    **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
    **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

**ATTACHMENT "A"**

[TO SUBPOENA SERVED IN CASE NO. 4:23-cv-01432]

I.    **DEFINITIONS**

For purposes of this Subpoena, the following definitions apply:

1.      The terms "**YOU**," "**YOUR**" or "**YOUTUBE**" means the party upon whom this request is being served, Google LLC, including any and all of its past or present parents, subsidiaries, divisions, affiliates, assignors, officers, directors, managers, executives, shareholders, members, agents, attorneys, loan out companies, accountants, and any and all persons or entities acting or purporting to act for or on its behalf or under its control or with common ownership at any time during the relevant period of these requests, including, without limitation, the YouTube platform.

2.      The terms "**VÁSTAGO**" or "**PLAINTIFF**" means Plaintiff/Counter-Defendant VÁSTAGO PRODUCCIONES, LLC, including all its successors, assigns, agents, attorneys and all other persons acting or purporting to act on its behalf.

3.      The terms "**RODRIGUEZ**" means Defendant/Counterclaimant MICHAEL RODRIGUEZ, including all his successors, assigns, agents, attorneys and all other persons acting or purporting to act on his behalf.

4.      The term "**HEAVEN PUBLISHING**" means Defendant/Counterclaimant HEAVEN PUBLISHING LLC, including all its successors, assigns, agents, attorneys and all other persons acting or purporting to act on its behalf.

5.      The term "**DEFENDANTS**" collectively means **RODRIGUEZ** and **HEAVEN PUBLISHING**.

6.      The term "**ACTION**" means this action styled *Vástago Producciones, LLC v. Heaven Publishing LLC et al.*, with Case No. 4:23-cv-01432 pending in the United States District Court for the Southern District of Texas, Houston Division.

7.      The term "**FIRST AMENDED COMPLAINT**" means the first amended complaint filed by VÁSTAGO against RODRIGUEZ and HEAVEN PUBLISHING on July 18, 2023 in the ACTION. [ECF 22].

8.      The term "**ANSWER**" means the answer and affirmative defenses to the FIRST AMENDED COMPLAINT filed by RODRIGUEZ and HEAVEN PUBLISHING on August 8, 2023 in the ACTION. [ECF 27].

9.      The term "**FIRST AMENDED COUNTERCLAIM**" means the first amended counterclaims filed by RODRIGUEZ and HEAVEN PUBLISHING on August 8, 2023 in the ACTION. [ECF 27 at 18-28].

10.     The term "**MUSICAL WORKS**" means the 75 musical works set forth in the attached **Exhibit "1"**, which Exhibit "1" includes the ISWC for each MUSICAL WORK, and a YouTube Asset

ID Number and associated ISRC and UPC for certain known assets incorporating each MUSICAL WORK.

11.     The term "**SOUND RECORDINGS**" means the certain sound recordings of the 75 MUSICAL WORKS set forth in the attached **Exhibit "1"**, which Exhibit "1" includes the YouTube Asset ID Number and associated ISRC and UPC for each SOUND RECORDING.

12.     "**SOUNDEXCHANGE**" means SOUNDEXCHANGE, INC., including all its agents, partners, predecessors, successors, affiliates, attorneys, accountants and all present and former directors, officers, employees, agents, consultants, or other persons acting or purporting to act on its behalf.

13.     "**BMI**" means Broadcast Music, Inc., including all its agents, partners, predecessors, successors, affiliates, attorneys, accountants and all present and former directors, officers, employees, agents, consultants, or other persons acting or purporting to act on its behalf.

14.     "**ASCAP**" means the American Society of Composers, Authors and Publishers, including all of its agents, partners, predecessors, successors, affiliates, attorneys, accountants and all present and former directors, officers, employees, agents, consultants, or other persons acting or purporting to act on its behalf.

15.     The term "**BMG**" means BMG Rights Management GmbH, including all its agents, partners, predecessors, successors, affiliates, attorneys, accountants and all present and former directors, officers, employees, agents, consultants, or other persons acting or purporting to act on its behalf.

16.     The term "**HARRY FOX**" means The Harry Fox Agency, LLC, including all its agents, partners, predecessors, successors, affiliates, attorneys, accountants and all present and former directors, officers, employees, agents, consultants, or other persons acting or purporting to act on its behalf.

17.     "**DOCUMENT**" has the broadest meaning contemplated by Rule 34(a)(1)(A), which includes: "any … documents or electronically stored information – including writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations – stored in any medium from which information can be obtained either directly or, if necessary, after translation by the responding party into a reasonably usable form." The meaning of "**DOCUMENT**" shall also include all of the terms defined in Federal Rule of Evidence 1001 and any other tangible thing in which information may be embodied, translated, conveyed, or stored, including, but not limited to: bank records, ESI, social media information, messages and downloads of social media activity, email, electronic funds transfers, wire transfers, instant messages, text messages, digital pictures or movies or films, Power-Points®, Excel® spreadsheets, .pdfs, agreements, communications, including intracompany communications; facsimile transmissions; telephone bills and records; cables; records; books; summaries or records of personal conversations or interviews; forecasts; statistical statements; accountants' work papers including Working Papers; brochures; pamphlets; circulars; press releases; contacts; telephone messages, slips and logs; diary entries; electronic mail; calendars; reports; evaluations; assessments; analyses; test results; correspondence; memoranda; notes; videotapes; video cartridges; audio tapes; electronic or magnetic recordings of any kind; drawings; graphics; graphs; maps; diagrams; charts; photographs; computer diskettes, thumb drives, external hard drives, disks, other removable media and hard drives; tables; indices; recordings; tapes; microfilms; minutes or

records of meetings; reports of investigations; opinions or reports of consultants; and any other data compilation from which information can be obtained and translated through detection devices into reasonably usable form. If a draft **DOCUMENT** has been prepared in several copies that are not identical, or if the original identical copies are no longer identical due to subsequent notation, deletion, or revision, then each non-identical copy is a separate **DOCUMENT**. **PLAINTIFF** requests the any and all electronically stored information be produced in its native file format with its original metadata intact.

18.     "**ALL DOCUMENTS**" means every document or group of documents as above-defined in your possession, custody, or control, or are known to you or that can be located or discovered by reasonably diligent efforts.

19.     "**COMMUNICATION**" and "**COMMUNICATIONS**" shall interchangeably mean any documents comprised of oral or written statements or exchange of information of any type between any two or more persons, including but not limited to emails, text messages, instant messages, messages exchanged on social media platforms or mobile messaging apps including but not limited to Facebook® messenger, Instagram® direct messages, WhatsApp®, Line®, Skype®, Zoom® and all other messaging platforms and technology known know or developed in the future, documents, telephone or face-to-face conversations, meetings, conferences, and transfer of data from one location to another by electronic or similar means.

20.     "**INTERNAL COMMUNICATION**" or ''**INTERNAL COMMUNICATIONS**" shall interchangeably mean COMMUNICATION or COMMUNICATIONS between or among any of YOUR employees, temporary employees, officers, directors, owners, agents, representatives, and/or any individual who managed, directed, or supervised any aspect of YOUR business operations.

21.     "**CORRESPONDENCE**" shall mean any and all documents, and communications comprised of emails, text messages, instant messages, messages exchanged on social media platforms or mobile messaging apps such as Facebook® messenger, Instagram® direct messages, WhatsApp®, Line®, Skype®, Zoom® and all other messaging platforms and technology known know or developed in the future, letters, facsimiles, transmitted memoranda, memorialized oral communications, or other communications or documents exchanged or transmitted with another person or entity.

22.     "**PERSON**," "**INDIVIDUAL**," "**ENTITY**," and "**ENTITIES**" are used interchangeably and shall be deemed to include the plural and vice versa. Each of these terms shall mean, but are not limited to: any natural person, individual, proprietorship, partnership, corporation, association, organization, joint venture, business trust, or other business enterprise, governmental body or agency, legal or business entity, or group of natural persons, or other entity, whether *sui juris* or otherwise.

23.     "Support," "evidence," "relate to," "relating to," "related to," referred to," "concerning," "pertaining to" and "regarding" shall mean anything which directly, or indirectly, concerns, consists of, pertains to, reflects, evidences, describes, sets forth, constitutes, contains, shows, underlies, supports, refers to in any manner, is or was used in the preparation of, appended to, legally, logically or factually connected with, proves, disproves, or tends to prove or disprove.

24.     The words "concerning," "concerns," or any other derivative thereof, as used herein includes referring to, responding to, relating to, pertaining to, connected with, comprising,

memorializing, commencing on, regarding, discussing, showing, describing, reflecting, analyzing and constituting.

25.     The term "fact" includes all circumstances, events, and evidence pertaining to, relating to, or touching upon the item in question.

## II.     <u>INSTRUCTIONS</u>

A.     For each and every Request herein, the RESPONDING PARTY shall produce documents in RESPONDING PARTY'S possession, custody, or control, which shall include, but not be limited to, documents, objects or articles described that are in RESPONDING PARTY'S possession or that RESPONDING PARTY has the right to secure the original or a copy from another person or entity. RESPONDING PARTY'S responses should consist of information known to RESPONDING PARTY through RESPONDING PARTY, its agents, attorneys, employees, accountants or representatives. All documents produced pursuant to this request are to be produced as they are kept in the usual course of business, and should be organized and labeled (without permanently marking the item produced) so as to correspond with the categories of each numbered request hereof. If copies or drafts exist of a document, the production of which has been requested herein, produce and submit for inspection and copying each and every copy and draft which differs in any way from the original document or from any copy or draft.

B.     The RESPONDING PARTY is required to answer each request for production separately and as completely as possible. The fact that RESPONDING PARTY'S investigation is continuing, or discovery is incomplete is not an excuse for your failure to respond to each request as fully and completely as possible. RESPONDING PARTY'S responses should consist of information known to RESPONDING PARTY through itself and its agents, attorneys, employees or representatives. All documents produced pursuant to this Subpoena are to be produced as they are kept in the usual course of business and shall be organized and labeled (without permanently marking the item produced) so as to correspond with the categories of each numbered request hereof. If copies or drafts exist of a document, the production of which has been requested herein, produce and submit for inspection and copying each and every copy and draft which differs in any way from the original document or from any copy or draft. If RESPONDING PARTY cannot, after exercising due diligence to secure or produce the document(s) requested, RESPONDING PARTY is required to answer the request for production to fullest extent possible, specifying RESPONDING PARTY'S inability to produce the document(s), and by providing the identity of the person(s) who has possession, custody, or control of the requested document(s).

C.     If RESPONDING PARTY at any time had possession, custody, or control of any document requested herein, and such document has been lost, destroyed, discarded, or is not presently in RESPONDING PARTY'S possession, these documents shall be identified as completely as possible, including:

       i.     The names of the authors of the document;
      ii.     The names of the persons to whom the documents or copies were sent;
     iii.     The date of the document;
     iv.     The date on which the document was received by each addressee, copyee or its recipients;
      v.     A description of the nature and subject matter of the document that is as complete as possible;

vi. The date on which the document was lost, discarded or destroyed; *and*

vii. The manner in which the document was lost, discarded or destroyed.

D. With respect to any document that the RESPONDING PARTY withholds under claim of privilege, the RESPONDING PARTY shall number such documents, hold them separately, and retain them intact pending a ruling by the Court on the claimed privilege. In addition, the RESPONDING PARTY shall provide a statement setting forth as to each such document:

i. The names of the senders of the document;

ii. The names of the authors of the document;

iii. The names of the persons to whom the document or copies were sent;

iv. The job title of every person named in subparagraphs a, b and c above;

v. The date of the document;

vi. The date on which the document was received by each addressee, copyee or its recipient;

vii. A brief description of the nature and subject matter of the document; *and*

viii. The statute, rule or decision which is claimed to give rise to the privilege.

E. If RESPONDING PARTY cannot, after exercising due diligence, secure or produce the document(s) requested, RESPONDING PARTY must identify which Request(s) that RESPONDING PARTY does not have any responsive documents for, and answer the request to the fullest extent possible, specifying RESPONDING PARTY'S inability to produce the document(s), providing the identity of the person who has possession, custody, or control of the requested document(s).

F. **ESI**: these requests seek, among other things, the discovery of ESI and email. An appropriate search of ESI and email ordinarily requires an electronic search utilizing specific search terms and other parameters and should cover appropriate custodians. RESPONDING PARTY must identify appropriate document custodians whose ESI, email accounts, and social media accounts, as well as ESI, email accounts or social media accounts to which RESPONDING PARTY has access, and those used by others at RESPONDING PARTY'S direction, as well as all computers RESPONDING PARTY used or had access to, or others used at RESPONDING PARTY'S direction, and other servers and back-up systems, and all of the foregoing must be searched. In addition, all computer systems used by RESPONDING PARTY at any time during the relevant time frame including, but not limited to, any work or personal computers, mobile devices, tablets, portable or external hard drives or any cloud-based storage systems must be searched. The search is applied across all servers, computer systems, and back-up systems. ***A visual review of a custodian's social media accounts, email accounts, hard drives or cloud storage is not sufficient***.

G. **Metadata:** With respect to the production of any and all electronically stored information, Plaintiff requests that any and all electronically stored information be produced in its native file format with its original metadata intact.

H. **Possession, Custody, or Control**: Each request set out below extends to any DOCUMENTS in the possession, custody, or control of RESPONDING PARTY. A document is deemed to be in RESPONDING PARTY'S possession, custody or control, if it is in RESPONDING PARTY'S physical custody, or if it is in the physical custody of any other person and the RESPONDING PARTY (a) owns such document in whole or part; (b) has a right by contract, statute or otherwise to use, inspect, examine or copy such document on any terms; (c) has, as a practical matter, been able to use, inspect, examine or copy such document when the RESPONDING PARTY has

sought to do so. Such DOCUMENTS shall include, without limitation, DOCUMENTS that are in the custody of the RESPONDING PARTY'S attorney(s) or other agent(s).

I.       **Time Period**: A request for documents within a particular time period shall be deemed to include all documents that were dated, prepared, sent or received during that time period.

J.       All words in this request shall have their plain and ordinary meanings unless specifically defined herein.

K.       The singular and plural forms shall be construed interchangeably so as to bring within the scope of this document request any information which might otherwise be construed as outside their scope.

L.       "And" and "or" shall be construed interchangeably so as to bring within the scope of this document request any information which might otherwise be construed as outside their scope.

M.       "Any" and "all" shall be construed to bring within the scope of this request any information which might be construed to relate to the subject matter of the request.

N.       The use of the singular form of any word includes the plural and vice versa.

## DOCUMENTS AND THINGS REQUESTED

1.       **ALL DOCUMENTS** reflecting any revenues, income, royalties and/or other monies collected, received by, or paid to **YOUTUBE** in connection with the exploitation, licensing, sale, or monetization of the **MUSICAL WORKS**.

2.       **ALL DOCUMENTS** reflecting any royalties and/or other monies currently being held by **YOUTUBE** in connection with the **MUSICAL WORKS**.

3.       **ALL DOCUMENTS** reflecting any revenues, income, royalties and/or other monies collected, received by, or paid to **YOUTUBE** in connection with the exploitation, licensing, sale, or monetization of the **SOUND RECORDINGS**.

4.       **ALL DOCUMENTS** reflecting any royalties and/or other monies currently being held by **YOUTUBE** in connection with the **SOUND RECORDINGS**.

5.       **ALL DOCUMENTS** reflecting any revenues, income, mechanical royalties, performance royalties, or other royalties or monies **YOUTUBE** has paid, credited, or sent to **RODRIGUEZ**, or to any third party on behalf of **RODRIGUEZ**, in connection with the **MUSICAL**

**WORKS**.

6.     **ALL DOCUMENTS** reflecting any revenues, income, mechanical royalties, performance royalties, or other royalties or monies **YOUTUBE** has paid, credited, or sent to **RODRIGUEZ**, or to any third party on behalf of **RODRIGUEZ**, in connection with the **SOUND RECORDINGS**.

7.     **ALL DOCUMENTS** reflecting any revenues, income, mechanical royalties, performance royalties, or other royalties or monies **YOUTUBE** has paid, credited, or sent to **HEAVEN PUBLISHING**, or to any third party on behalf of **HEAVEN PUBLISHING**, in connection with the **MUSICAL WORKS**.

8.     **ALL DOCUMENTS** reflecting any revenues, income, mechanical royalties, performance royalties, or other royalties or monies **YOUTUBE** has paid, credited, or sent to **HEAVEN PUBLISHING**, or to any third party on behalf of **HEAVEN PUBLISHING**, in connection with the **SOUND RECORDINGS**.

9.     **ALL DOCUMENTS** reflecting any revenues, income, mechanical royalties, performance royalties, or other royalties or monies **YOUTUBE** has paid, credited, or sent to **VÁSTAGO**, or to any third party on behalf of **VÁSTAGO**, in connection with the **MUSICAL WORKS**.

10.     **ALL DOCUMENTS** reflecting any revenues, income, mechanical royalties, performance royalties, or other royalties or monies **YOUTUBE** has paid, credited, or sent to **VÁSTAGO**, or to any third party on behalf of **VÁSTAGO**, in connection with the **SOUND RECORDINGS**.

11.     **ALL DOCUMENTS** reflecting any revenues, income, mechanical royalties, performance royalties, or other royalties or monies **YOUTUBE** has paid, credited, or sent to **BMG**, **HARRY FOX**, **BMI**, and/or **ASCAP** in connection with the **MUSICAL WORKS** or **SOUND RECORDINGS**.

12.    **ALL DOCUMENTS** reflecting any revenues, income, mechanical royalties, performance royalties, or other royalties or monies **YOUTUBE** has paid, credited, or sent to any **PERSON** in connection with the **MUSICAL WORKS** or **SOUND RECORDINGS**.

# EXHIBIT "1"

| Asset ID | Asset Type | Display Title | ISRCs | UPC | ISWC | (former ISWC) |
|---|---|---|---|---|---|---|
| A610976476414062 | Sound Recording | A sus pies - Jesus Adrian Romero | USATJ0500707 | 820617100722 | T0723401635 | |
| A563446095770979 | Sound Recording | A Sus Pies - Jesús Adrián Romero | USATJ0500912 \| USATJ0500707 | 3616842025179 | T0723401635 | |
| A532174375234929 | Sound Recording | A Sus Pies - Jesús Adrián Romero | USATJ0500757 | | T0723401635 | |
| A569878243105309 | Sound Recording | A Sus Pies - Jose "Papo" Rivera, La Salsa De La Fe | QZN882111066 \| ESA011716026 | 7316475169474 | T0723401635 | |
| A653320086055165 | Sound Recording | A Sus Pies (Pista) - Jesus Adrian Romero | USATJ0500757 | | T0723401635 | |
| A439109318479259 | Sound Recording | A Sus Pies (Pista) - Los Cantantes Catolicos | US6R21452358 | 888831611561 | T0723401635 | |
| A920160223105363 | Sound Recording | A Sus Pies (Unplugged) - Jesús Adrián Romero | USATJ0501810 | 820617101828 | T0723401635 | |
| A616324319318246 | Sound Recording | Al Estar Ante Mi - Worship Band | ARA820900598 | 885686412633 | T0733201336 | |
| A722701504910751 | Sound Recording | Al Estar Ante Ti (Con Alejandro Del Bosque) - Jesús Adrián Romero | USATJ0501514 | 820617101521 | T0733201336 | |
| A877592752201382 | Sound Recording | Al Estar Ante Ti (Pista) - Alejandro Del Bosque | USATJ0501564 | 820617101569 | T0733201336 | |
| A350588120629445 | Sound Recording | Alegrense Los Cielos - Orlando Hernandez | USATJ0100405 | 820617100425 | T0733203592 | |
| A271252527348931 | Sound Recording | Alzad Oh Puertas - Jesús Adrián Romero | USATJ0501501 | 820617101521 | T0721006741 | |
| A996876577221758 | Sound Recording | Antes De Ti - Marcela Gandara | USATJ0602707 | | T0733203229 | |
| A447616935826918 | Sound Recording | Antes de Ti - Marcela Gandara | USATJ0602707 \| USATJ0602757 | 820617102726 | T0733203229 | |
| A705830787240056 | Sound Recording | Antes de Ti (En Vivo) - Marcela Gandara | QM4TW1711510 | | T0733203229 | |
| A419133285170504 | Sound Recording | Antes De Ti (Pista) - Jorge Arias, Claudia Mercado | QMBZ91539374 | 190374137669 | T0733203229 | |
| A495347821983137 | Sound Recording | Antes de Ti (Sin Voces De Fondo) - Marcela Gandara | USATJ0602764 | 820617102740 | T0733203229 | |
| A711585211719023 | Sound Recording | Antes De Ti [LIVE] - Marcela Gandara | USATJ1205002 | 820617105024 | T0733203229 | |
| A641794148882114 | Sound Recording | Arde Mi Corazon - Gamaliel Ruiz | USATJ0501206 | 820617101224 | T0721006923 | |
| A967897651266241 | Sound Recording | Arde Mi Corazón - Gamaliel Ruiz | USATJ0401403 | | T0721006923 | |
| A257021293060228 | Sound Recording | Aunque Mis Ojos (Instrumental) - Alabanza Musical | GBSMU3863531 | 5051813160295 | -- | |
| A473757977263871 | Sound Recording | Bajo Sus Pies - Jesus Adrian Romero | QMDA61854890 | | T9124335291 | |
| A928040004879539 | Sound Recording | Bajo Sus Pies - Jesus Adrian Romero | USATJ0500105 | 820617100128 | T9124335291 | |
| A176342432495429 | Sound Recording | Buscando Refugio - Jesús Adrián Romero | USATJ0500712 | 820617100722 | T9124324590 | |
| A734488197998697 | Sound Recording | Buscando Refugio (Unplugged) - Jesús Adrián Romero | USATJ0501813 | 820617101828 | T9124324590 | |
| A436469411269094 | Sound Recording | Caigo Rendido - Jesús Adrián Romero | USATJ1607609 | 820617107622 | T9192005746 | |
| A247394833685044 | Sound Recording | Como Neblina - Gamaliel Ruiz | USATJ0703010 | 820617103020 | T0733221481 | |
| A613896279053375 | Sound Recording | Con Tus Ojos - Lilly Goodman | USATJ0501303 | 820617101323 | T0733221005 | |
| A934082517537266 | Sound Recording | Conocerte Más - Gamaliel Ruiz | USATJ0703003 | 820617103020 | T0733221470 | |
| A849481665910980 | Sound Recording | Contigo Quiero Caminar - Marcela Gandara | USATJ0903803 \| QZ22B3000230 | 820617103822 | T9035939629 | |
| A256898566276229 | Sound Recording | Contigo Quiero Caminar - Marcela Gandara | ART0G1803439 | 820617103822 | T9035939629 | |
| A746302758364059 | Sound Recording | Contigo Quiero Caminar - Marcela Gandara | USATJ0903803 \| QZ22B2041171 | 820617103822 | T9035939629 | |
| A888904875430183 | Sound Recording | Contigo Quiero Caminar - Marcela Gandara | USATJ0903803 \| USATJ0903853 | 820617103822 | T9035939629 | |
| A324756143268084 | Sound Recording | Contigo Quiero Caminar - Marcela Gandara | USATJ0903803 \| QZ22B2058712 | | T9035939629 | |
| A542026459106812 | Sound Recording | Contigo Quiero Caminar - Marcela Gandara | USATJ0903803 | 820617103822 | T9035939629 | |
| A619296466946635 | Sound Recording | Contigo Quiero Caminar - margy | FR2X41859432 \| USATJ0903853 | 3615932176029 | T9035939629 | |
| A317511631749199 | Sound Recording | Crece Mas Mi Amor Por Ti - Jesús Adrián Romero | USATJ1004212 | 820617104225 | T9035952922 | |
| A135224369199655 | Sound Recording | Crece Mas Mi Amor Por Ti - Jesús Adrián Romero | USATJ1003907 | 820617103921 | T9035952922 | |
| A150487128403959 | Sound Recording | Cubra-me (Cubreme) - Geração de Adoradores | BRMKP0700081 | 7897063610115 | T9166436471 | |
| A159015846721931 | Sound Recording | Cubra-me (Cubreme) - Top 10 | BRMKP1300247 | 7897063614144 | T9166436471 | |
| A560272168814502 | Sound Recording | Cubreme - Lilly Goodman | USATJ0602505 \| USATJ0602555 | 820617102528 | T9166436471 | |
| A974457049734831 | Sound Recording | Cubreme - Lilly Goodman | USHM21763225 | | T9166436471 | |
| A110426581525523 | Sound Recording | Cúbreme - Lilly Goodman | USTRG1000117 | | T9166436471 | |
| A648993937288081 | Sound Recording | Cúbreme - Lilly Goodman | USATJ0602505 | 820617102528 | T9166436471 | |
| A459156148420895 | Sound Recording | Cúbreme - Sublime Legado | ES03S1803684 | 8445281263157 | T9166436471 | |
| A544953275980374 | Sound Recording | Cúbreme - Vino Nuevo | ARIXB2203838 \| USTRG1000117 | 698142143091 | T9166436471 | |
| A531267441573191 | Sound Recording | Cúbreme (Acústico) - Lumilunia | ES03S1501613 | 889845554097 | T9166436471 | |
| A203229364216578 | Sound Recording | Cuenta Conmigo - Jesus Adrian Romero | USATJ0703208 \| USATJ0703228 | 820617103235 | T0733217510 | |
| A419381078910933 | Sound Recording | Cuenta Conmigo - Jesús Adrián Romero | USATJ0703208 | 820617103235 | T0733217510 | |
| A777396730440512 | Sound Recording | Deseado De Mi Alma - Abel Zavala | USATJ0903608 | 820617103624 | T9035963236 | |
| A668887686451236 | Sound Recording | Deseado De Mi Alma - Abel Zavala | USATJ0903608 | 820617103624 | T9035963236 | |
| A439640823312236 | Sound Recording | Deseado De Mi Alma - Pista - Abel Zavala | USATJ0903658 | 820617103648 | T9035963236 | |
| A145187957220635 | Sound Recording | Dios Con Nosotros - Damaris Fraire | USATJ0803406 | 820617103426 | T9052223797 | |
| A945151837702806 | Sound Recording | El Brillo De Mis Ojos - En Espíritu y en Verdad | QZ22B3000038 | | T9035949087 | |
| A615781259258741 | Sound Recording | El Brillo De Mis Ojos - Jesus Adrian Romero | USATJ1004201 \| ART0G1800867 | 820617104225 | T9035949087 | |
| A655928028991116 | Sound Recording | El Brillo De Mis Ojos - Jesus Adrian Romero | USATJ1003901 \| QZ22B3000234 | | T9035949087 | |
| A921199848576380 | Sound Recording | El Brillo De Mis Ojos - Jesus Adrian Romero | USATJ1004201 \| QZ22B2041175 \| USATJ1003901 | 820617104225 | T9035949087 | |
| A861118920663319 | Sound Recording | El Brillo De Mis Ojos - Jesus Adrian Romero | USATJ1004201 | 820617104225 | T9035949087 | |
| A546309454877088 | Sound Recording | El Brillo De Mis Ojos - Jesús Adrián Romero | ART0G1801440 | | T9035949087 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| A717174913833459 | Sound Recording | El Brillo De Mis Ojos - Jesús Adrián Romero | | USATJ1003901 | 820617103921 | T9035949087 |
| A417758156734763 | Sound Recording | El Brillo De Mis Ojos - Stretto | | QZ22B2058716 | | T9035949087 |
| A306073559014768 | Sound Recording | El Brillo De Mis Ojos - Toma Tu Lugar | | QZ22B2043072 | | T9035949087 |
| A535154524510860 | Sound Recording | El Brillo de Mis Ojos (Pista) - Jesús Adrián Romero | | USATJ1003951 | | T9035949087 |
| A651043012029087 | Sound Recording | En la Azotea - Jesús Adrián Romero | | USATJ1205104 | 820617105123 | T9099426661 |
| A960309097712799 | Sound Recording | En la Azotea (Live) - Jesús Adrián Romero | | USATJ1205304 | 820617140537 | T9099426661 |
| A614135630411833 | Sound Recording | En La Tormenta - Lilly Goodman | | USATJ0501309 | 820617101323 | T0733234133 |
| A606843132213032 | Sound Recording | Eras Tú - Jesús Adrián Romero | | USATJ1004209 | 820617104225 | T9051074965 |
| A902597372118573 | Sound Recording | Eres Mi Padre - Jesús Adrián Romero | | USATJ1003906 | 820617103921 | T9035948313 |
| A812367511051424 | Sound Recording | Eres Mi Padre - Jesús Adrián Romero | | USATJ1004211 | 820617104225 | T9035948313 |
| A452082448318852 | Sound Recording | Es Un Arte Ser Mamá - Vástago Epicentro | | USATJ1305701 | 820617105727 | -- |
| A154161592566644 | Sound Recording | Escojo Vivir - Vastago Epicentro | | USATJ1406509 | 820617106526 | T9158269239 |
| A150629319525845 | Sound Recording | Escojo Vivir (En Vivo) [Pista] - Vástago Epicentro | | USATJ1406558 | 820617106540 | T9158269239 |
| A210776104816680 | Sound Recording | Este Día Especial - Grupo Anzuelo | | TCACR1614039 | | T0723407973 |
| A699929782219549 | Sound Recording | Este Día Especial - Jesús Adrián Romero | | USATJ0500709 | USATJ0500903 | 820617100722 | T0723407973 |
| A949886160038464 | Sound Recording | Este Día Especial (Unplugged) - Jesús Adrián Romero | | USATJ0501807 | 820617101828 | T0723407973 |
| A884412961435093 | Sound Recording | Fue Por Mí - Jesus Adrian Romero | | USATJ1205111 | | T9099426650 |
| A466296791183808 | Sound Recording | Fue Por Mí - Jesús Adrián Romero | | USATJ1205111 | 820617105123 | T9099426650 |
| A865992065010269 | Sound Recording | Fue Por Mí (Live) - Jesús Adrián Romero | | USATJ1205311 | 820617140537 | T9099426650 |
| A525499886947729 | Sound Recording | Fue Por Mí (Pista) - Jesús Adrián Romero | | USATJ1205161 | 820617105147 | T9099426650 |
| A777142064298300 | Sound Recording | Fue Tu Voz - Luis Campos | | USATJ1305603 | 820617105628 | T9103506087 |
| A414267659991668 | Sound Recording | Habla El Corazon - Luis Campos | | USATJ1305604 | 820617105628 | T9103506316 |
| A567953013226533 | Sound Recording | Hasta Acabar Mi Viaje (feat. Rocio Cereceres) - Jesus Adrian Romero | | USATJ1205107 | | T9099426672 |
| A832090950735050 | Sound Recording | Hasta Acabar Mi Viaje (Ft. Rocio Cereceres) - Jesús Adrián Romero | | USATJ1205107 | 820617105123 | T9099426672 |
| A228248806506067 | Sound Recording | Hasta Acabar Mi Viaje (Ft. Rocio Cereceres) (Live) - Jesús Adrián Romero | | USATJ1205307 | 820617140537 | T9099426672 |
| A260190923349311 | Sound Recording | Hoy Te Vengo a Bendecir - Sofia Gala | | ES03S1602934 | 192562794753 | T0733254891 |
| A244260531891317 | Sound Recording | Hoy Tengo Libertad - Orlando Hernandez | | USATJ0100406 | 820617100425 | T0733254891 |
| A406551426131584 | Sound Recording | Indomable - Jesus Adrian Romero | | USATJ1406513 | 820617106526 | T9158269308 |
| A259007937768450 | Sound Recording | Indomable (Original Score) [Ft. Max Emanuel] - Jesús Adrián Romero | | USATJ1507001 | 820617107073 | T9158269308 |
| A464264843162752 | Sound Recording | Jesus - Jesus Adrian Romero | | USLZJ1814076 | | T9035988057 |
| A907594736786635 | Sound Recording | Jesús (feat. Marcos Vidal) - Jesús Adrián Romero | | USATJ1004206 | USATJ1104401 | 820617104225 | T9035988057 |
| A620601259824597 | Sound Recording | Jesús (Ft. Marcos Vidal) - Jesús Adrián Romero | | USATJ1003903 | 820617103921 | T9035988057 |
| A523236666455222 | Sound Recording | Jesús (Ft. Marcos Vidal) - Jesús Adrián Romero | | USATJ1004206 | 820617104225 | T9035988057 |
| A108453685669195 | Sound Recording | Jesús Es Rey - Gamaliel Ruiz | | USATJ0501201 | 820617101224 | T9035988057 |
| A341231869789942 | Sound Recording | La Niña y El Lobo - Jesús Adrián Romero | | USATJ1607604 | 820617107622 | T9194032741 |
| A156915802950453 | Sound Recording | Luces De Colores (En Vivo) [Feat. Jesus Adrian Romero] - Vastago Epicentro | | USATJ1607714 | 820617107738 | T9322387257 |
| A262027015289831 | Sound Recording | Luces De Colores (Ft. Melissa Romero) - Jesús Adrián Romero | | USATJ1105801 | 820617106427 | T9322387257 |
| A719985642646261 | Sound Recording | Luces De Colores (Ft. Melissa Romero) (Pista) - Jesús Adrián Romero | | USATJ1105851 | 820617106427 | T9322387257 |
| A537704351178569 | Sound Recording | Maria - Yoly Rodriguez | | USATJ0803409 | 820617103426 | T9035980702 |
| A533389908239556 | Sound Recording | Mas Alta - Vastago Epicentro | | USATJ1406507 | 820617106526 | T9160628137 |
| A711444238587662 | Sound Recording | Mas Alta (En Vivo) [Pista] - Vástago Epicentro | | USATJ1406556 | 820617106540 | T9160628137 |
| A805585882033778 | Sound Recording | Mas Alta Que El Cielo - Alejandro Del Bosque | | USATJ0501911 | 820617101927 | T9160628137 |
| A819418256019930 | Sound Recording | Mas Que Un Anhelo - Audio Oficial - Marcela Gandara | | | | T0733291241 |
| A914948340637615 | Sound Recording | Mas Que un Anhelo - Grupo Manantial de Amor | | FR59R1866281 | | T0733291241 |
| A579185663332080 | Sound Recording | Mas Que un Anhelo - Marcela Gandara | | USATJ0602702 | USATJ0602752 | 820617102726 | T0733291241 |
| A850850617689266 | Sound Recording | Mas Que un Anhelo - Marcela Gandara | | USDY41817266 | | T0733291241 |
| A633149073454851 | Sound Recording | Mas Que un Anhelo - Marcela Gandara | | USATJ0602702 | 820617102726 | T0733291241 |
| A203705745533026 | Sound Recording | Más Que un Anhelo - Oscar Cruz | | ARA821601070 | 191018725303 | T0733291241 |
| A254459128692945 | Sound Recording | Más Que un Anhelo (En Vivo) - Marcela Gandara | | QM4TW1711514 | | T0733291241 |
| A638398814731203 | Sound Recording | Mas Que un Anhelo (feat. Marcela Gandara) - Scratch Master Jesus | | TCADA1708326 | CIXTH4873726 | TCABU1457555 | | T0733291241 |
| A250944839234508 | Sound Recording | Mas Que un Anhelo (feat. Marcela Gandara) - Scratch Master Jesus | | TCACH1532072 | | T0733291241 |
| A941273839699528 | Sound Recording | Más Que Un Anhelo (Instrumental) - Worship Band | | ARA821600917 | 191773681470 | T0733291241 |
| A101163297220790 | Sound Recording | Mas Que un Anhelo (Karaoke Version) - The Hit Crew | | US8SC1314415 | | T0733291241 |
| A252269195313080 | Sound Recording | Mas que un anhelo [LIVE] - Marcela Gandara | | USATJ1205004 | 820617105024 | T0733291241 |
| A274835947579385 | Sound Recording | Me Has Atraído Jesús - Jesús Adrián Romero | | USATJ0500207 | 820617100227 | T9124324603 |
| A814436704247080 | Sound Recording | Mi Vida Te Daré - Jesús Adrián Romero | | USATJ0500703 | USATJ0500753 | 820617100722 | T7224313442 |
| A269530170056617 | Sound Recording | Mi Vida Te Daré - Jesús Adrián Romero | | USATJ0500703 | 820617100722 | T7224313442 |
| A737900929567261 | Sound Recording | Navidad Ya Va Llegando (En Vivo) - Vástago Epicentro | | USATJ1607712 | 820617107738 | -- |
| A800404748326302 | Sound Recording | No Hay Argumento - Jesus Adrian Romero | | USATJ0500206 | USATJ0500256 | 820617100227 | T9093501952 |
| A813622159378959 | Sound Recording | No Hay Argumento - Jesús Adrián Romero | | USATJ0500206 | 820617100227 | T9093501952 |

| | | | | | | |
|---|---|---|---|---|---|---|
| A714531872153200 | Sound Recording | No Hay Argumento (Unplugged) - Jesús Adrián Romero | USATJ0501803 | 820617101828 | T9093501952 | |
| A260226764226083 | Sound Recording | No Merecia Tanto Amor - Dulce Compañía | FR10S1915869 | | T9098399394 | |
| A397834737152496 | Sound Recording | No Merecia Tanto Amor - Jesús Adrián Romero | USATJ0500711\|USATJ0500761 | 820617100722 | T9098399394 | |
| A856496624875761 | Sound Recording | No Merecía Tanto Amor - Jesús Adrián Romero | USATJ0500711\|USATJ1004306 | 820617100722 | T9098399394 | |
| A373819557815635 | Sound Recording | No Merecía Tanto Amor (Unplugged) - Jesús Adrián Romero | USATJ0501814 | 820617101828 | T9098399394 | |
| A429476001419568 | Sound Recording | NO MERECIA TANTO AMOR-Con Cuerdas Y Flautas | | | T9098399394 | |
| A111375322016901 | Sound Recording | No Tiene Final - Gamaliel Ruiz | USATJ0703006 | 820617103020 | T0733297614 | |
| A301317634521288 | Sound Recording | Nueva Historia - Abel Zavala | USATJ0903606 | 820617103624 | T9035962982 | |
| A272150227019987 | Sound Recording | Nueva Historia - Abel Zavala | USATJ0903606 | 820617103624 | T9035962982 | |
| A647698529410927 | Sound Recording | Nueva Historia - Pista - Abel Zavala | USATJ0903656 | 820617103648 | T9035962982 | |
| A315655154107048 | Sound Recording | Pero Yo Me Acuerdo - Jesús Adrián Romero | USATJ1607611 | 820617107622 | T9192005815 | |
| A974084969478128 | Sound Recording | Postrado (Ft. Adrian Roberto) - Vástago Epicentro | USATJ1406511\|USATJ1306508 | 820617106526 | T9158269284 | |
| A417391314223498 | Sound Recording | Prefiero a Cristo - Hilario Garcia | CA5KR1831534 | 657664748733 | T0723415506 | |
| A371004915754387 | Sound Recording | Prefiero a Cristo - Jesus Adrian Romero | USATJ0500708 | 820617100722 | T0723415506 | |
| A493318861883403 | Sound Recording | Prefiero a Cristo - Jesús Adrián Romero | USATJ0500907\|USATJ0500708 | 3616842025179 | T0723415506 | |
| A974369452886249 | Sound Recording | Prefiero A Cristo - La Red Musica De Vida | COA6W1900316 | | T0723415506 | |
| A426682337087567 | Sound Recording | Que Baje El Cielo - Jesús Adrián Romero | USATJ1607601 | 820617107622 | T9192005553 | |
| A939868360349224 | Sound Recording | Que Huyan Los Fantasmas - Jesús Adrián Romero | USATJ1607602 | 8.20617E+11 | T9194032605 | |
| A254623435529482 | Sound Recording | Quiero Entender - Jesús Adrián Romero | USATJ0501505 | 820617101521 | T0733310092 | |
| A994009886401258 | Sound Recording | Razones Pa' Vivir - Jesús Adrián Romero | USATJ0703254 | | T0733312270 | |
| A170920595866036 | Sound Recording | Razones pa vivir - Prey | USDHM1512255 | 849926082475 | T0733312270 | |
| A888194991862881 | Sound Recording | Razones Pa' Vivir (Ft. Alex Campos) - Jesús Adrián Romero | USATJ0703204 | 820617103235 | T0733312270 | |
| A442299223723500 | Sound Recording | Razones Pa'Vivir (Feat. Alex Campos) - Jesus Adrian Romero | USATJ0703204\|USATJ0703224 | 820617103235 | T0733312270 | |
| A822349427930550 | Sound Recording | Respiro El Polvo - Jesús Adrián Romero | USATJ1607610 | 820617107622 | T9192005371 | |
| A641246411909178 | Sound Recording | Se Desbarataron Mis Sueños - Jesús Adrián Romero | USATJ0703207\|USATJ0703227 | 820617103235 | T0733322741 | |
| A175171748429093 | Sound Recording | Se Desbarataron Mis Sueños - Jesús Adrián Romero | USATJ0703207 | 820617103235 | T0733322741 | |
| A171473678889043 | Sound Recording | Se Desbarataron Mis Sueños - Ricardo Velásquez | MX2521600011 | 700118876015 | T0733322741 | |
| A500403611261453 | Sound Recording | Si Tú No Estás Conmigo - Luis Campos | USATJ1305606 | 820617105628 | T9103506474 | |
| A339259189885966 | Sound Recording | Si Ves A Mi Amado - Lilly Goodman | USATJ0501308 | 820617101323 | T0733330341 | |
| A807792914465410 | Sound Recording | Si Ves a Mi Amado - Worship Band | ARA8216011172 | 191018721589 | T0733330341 | |
| A967141392646379 | Sound Recording | Si Vez a Mi Amado - Avivamiento | TCABD1298655 | | T0733330341 | |
| A907383540175870 | Sound Recording | Siempre Estarás - Marcela Gandara | USATJ0903809 | 820617103822 | T9270612323 | |
| A859447713136532 | Sound Recording | Sobre La Cruz - Alejandro Del Bosque | USATJ0501907 | 820617101927 | T0733331048 | |
| A614921432957212 | Sound Recording | Sobre Tu Regazo - Jesús Adrián Romero | USATJ1003910 | 820617103921 | T9035966122 | |
| A268406381924978 | Sound Recording | Sobre Tu Regazo - Jesús Adrián Romero | USATJ1004215 | 820617104225 | T9035966122 | |
| A149250221626062 | Sound Recording | Sopla El Viento - Lilly Goodman | USATJ0501310 | 820617101323 | T0733330330 | |
| A628573927241267 | Sound Recording | Te Vengo A Bendecir - Himnos De Adoracion | QM6DC1872226 | 758381446473 | T0733342421 | |
| A953031074947978 | Sound Recording | Te Vengo A Bendecir - Jesús Adrián Romero | USATJ0501508 | 820617101521 | T0733342421 | |
| A430648245054085 | Sound Recording | Te Vengo A Bendecir - Jesús Adrián Romero | USATJ1004309 | | T0733342421 | |
| A288948261522437 | Sound Recording | Te Vengo a Bendecir (Pista) - Jesús Adrián Romero | USATJ0501558 | 82061710156 | T0733342421 | |
| A267335812707897 | Sound Recording | Te Veo... Otra Vez - Jesús Adrián Romero | USATJ1607613 | 820617107622 | T9192788844 | |
| A171476948059935 | Sound Recording | Tu Amor En Mí - Vástago Epicentro | USATJ1406501 | 820617106526 | T9190513043 | |
| A817086118420913 | Sound Recording | Tu Amor Es Mi Guía - Vástago Epicentro | USATJ1406514\|USATJ1306512 | 0820617106526 | T9190513043 | |
| A135751037272242 | Sound Recording | Tu estas a qui. - Josue Meletz | CIXTH5861910 | | T0733342443 | |
| A582168453625454 | Sound Recording | Tu Estas Aquí - Agrupación Verbo | USANG2034017 | 18736375248 | T0733342443 | |
| A966867686827506 | Sound Recording | Tú Estás Aquí - Alabanza Musical | GBSMU3843587 | 5057302139285 | T0733342443 | |
| A222440302260015 | Sound Recording | Tú Estás Aquí - Alabanza Musical | GBSMU3833559 | 5057302605896 | T0733342443 | |
| A417074909312918 | Sound Recording | Tú estás aquí - Andy Humphries | GBLLT1612795 | 5055462981379 | T0733342443 | |
| A130469779692983 | Sound Recording | Tu Estas Aquí - Avivamiento | TCABD1298661 | | T0733342443 | |
| A140736232044613 | Sound Recording | Tu Estas Aquí - Estela Vicente Sontay | USHM91363452\|US3DF1825228\|CIXTH5635119 | 888174356662 | T0733342443 | |
| A637269244582600 | Sound Recording | Tú Estás Aquí - G. Rey De Justicia - Alabanzas A Cristo | CA5KR1573452 | 657664553948 | T0733342443 | |
| A364482303869621 | Sound Recording | tu estas aqui - Grupo Emmanuel | USANG2034573 | 018736395567 | T0733342443 | |
| A701598269953552 | Sound Recording | Tu Estas Aquí - Grupo Rey De Justicia | CA5KR1545696 | 647732554700 | T0733342443 | |
| A474639376164762 | Sound Recording | Tu Estás Aquí - Himnos De Adoracion | QM6DC1872230 | 758381446473 | T0733342443 | |
| A500270659747873 | Sound Recording | Tú Estás Aquí - Jesús Adrián Romero | USATJ0501512\|QM4TW1745693 | 820617101521 | T0733342443 | |
| A228298250621038 | Sound Recording | Tu Estas Aquí - Josue Meletz | US3DF1825370\|CIXTH5634953 | 018736728204 | T0733342443 | |
| A506684639128538 | Sound Recording | Tu Estas Aqui - Los Hermanos Martinez de El Salvador | USHM1518735 | 849926090739 | T0733342443 | |
| A611144480741858 | Sound Recording | Tu Estas Aquí - Marcela Gandara | QM6MZ1775630 | | T0733342443 | |
| A562970749365986 | Sound Recording | Tu Estas Aquí - Marcela Gandara , Jesús Adrián Romero | FR96X1732415\|USATJ1205006 | 3614976873390 | T0733342443 | |
| A946230137797508 | Sound Recording | Tú Estás Aquí - Mariachi Así Es México | USHM81879163 | 018736550607 | T0733342443 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| A602206735054588 | Sound Recording | Tú Estás Aquí - Maurilio Suárez y el grupo Méssia | TCABR1341403 | | T0733342443 | |
| A672160052489825 | Sound Recording | Tú Estás Aquí - Maurilio Suárez y el grupo Méssia | TCAAR1038266 | 7502235390121 | T0733342443 | |
| A438650861242098 | Sound Recording | Tu estás aquí - Michely Manuely | BRIYX1300007 | 7892860221199 | T0733342443 | |
| A275415569376098 | Sound Recording | Tu estas aquí - Misión Juvenil | GBSMU6096354 | 5059137692263 | T0733342443 | |
| A419381087302098 | Sound Recording | Tu estás aquí - Música Relajante | QZ5AB2148806 | 759159200150 | T0733342443 | |
| A606510694892334 | Sound Recording | Tú Estás Aquí - Quely Ugalde | TCADT1897480 | | T0733342443 | |
| A32624782098761 | Sound Recording | Tú Estás Aquí - Shak Ruiz | QZHZ51927667 | 636665370822 | T0733342443 | |
| A725877551636065 | Sound Recording | Tu Estas Aquí - SimriMusic | QZ5AB2062856 | 759108587400 | T0733342443 | |
| A487654772603662 | Sound Recording | Tu estas aquí - Sofía Lopez | QZNWR2089498 | | T0733342443 | |
| A605313763398323 | Sound Recording | Tu estas aquí - Sprit Of Life | FR10S1872176 | 3615930691418 | T0733342443 | |
| A356307656476430 | Sound Recording | Tu Estas Aquí - Uriel Vega | TCABX1449169 | 859712660763 | T0733342443 | |
| A162045910524698 | Sound Recording | Tú Estás Aquí - Worship Band | ARA820900597 | 885686412633 | T0733342443 | |
| A234680612649105 | Sound Recording | Tú Estás Aquí - Worship Band | ARA821600920 | 191773681470 | T0733342443 | |
| A256162123191632 | Sound Recording | Tú Estás Aquí (Acústico) - Lumilunia | ES03S1501609 | 889845554097 | T0733342443 | |
| A166806396939886 | Sound Recording | Tú Estás Aquí (Alabanzas a Cristo) - Alabanzas Cristianas | QZ22B1925570 | | T0733342443 | |
| A536552489689320 | Sound Recording | Tú Estás Aquí (En Vivo) [feat. Marcela Gandara] - Jesús Adrián Romero | USATJ0501512 \| USATJ1104404 \| USATJ1104454 | 820617101521 | T0733342443 | |
| A369750900062350 | Sound Recording | Tú Estas Aquí (Feat. Marcela Gandara) - Jesus Adrian Romero | USATJ0501512 \| QZEQU1902451 | 820617101521 | T0733342443 | |
| A401632581136079 | Sound Recording | Tú Estás Aquí (Feat. Marcela Gándara) - Jesús Adrián Romero | USATJ1104404 | | T0733342443 | |
| A277936346912799 | Sound Recording | Tú Estás Aquí (Feat. Marcela Gándara) - Jesus Adrian Romero | USATJ0501512 \| ES71G1908308 | 820617101521 | T0733342443 | |
| A450135570754511 | Sound Recording | Tu Estas Aquí (Feat. Ungi2) - La Legion De Eva | USJTQ1717683 \| USJTQ1005930 \| QM6DC1505257 | 600484129428 | T0733342443 | |
| A170704193707246 | Sound Recording | Tú Estás Aquí (Ft. Jesús Adrián Romero) [LIVE] - Marcela Gandara | USATJ1205006 | 820617105024 | T0733342443 | |
| A155175260334926 | Sound Recording | Tú Estás Aquí (Ft. Marcela Gandara) - Jesús Adrián Romero | USATJ0501512 \| USATJ1205006 | 820617101521 | T0733342443 | |
| A758336206592360 | Sound Recording | Tú Estás Aquí (Ft. Marcela Gándara) - Jesús Adrián Romero | USATJ0501512 | 820617101521 | T0733342443 | |
| A575189802526197 | Sound Recording | Tú Estás Aquí (Pista) - Jesús Adrián Romero | USATJ0501562 | 820617101569 | T0733342443 | |
| A645781816791067 | Sound Recording | Tu Estas Aquí (Pista) - Jorge Arias | QMFME1561428 | 190374699044 | T0733342443 | |
| A919665431292687 | Sound Recording | Tú Estas Aquí (Pista) - Los Cantantes Catolicos | QMBZ91343034 | 888003969063 | T0733342443 | |
| A722366824768378 | Sound Recording | Tu Estas Aquí (Playback/Karaokê) - Michely Manuely | US7VG1466273 | 645789130700 | T0733342443 | |
| A300334074795271 | Sound Recording | Tú Has Sido Fiel - Angie de la Mota | USHM22197502 | 198000554439 | T0733342432 | |
| A105211235066321 | Sound Recording | Tú Has Sido Fiel - Loyda López | USDHM1817279 | | T0733342432 | |
| A238778051949628 | Sound Recording | Tú Has Sido Fiel (Dueto Con Pecos Romero) (Unplugged) - Jesús Adrián Romero | USATJ0501815 | 820617101828 | T0733342432 | |
| A764986623080291 | Sound Recording | Tú Has Sido Fiel (Ft. Pecos Romero) - Jesús Adrián Romero | USATJ0501513 | 820617101521 | T0733342432 | |
| A771616046002766 | Sound Recording | Ven - Marcela Gandara | USATJ0903805 | 820617103822 | T9270612312 | T9068243174 |
| A456713464415691 | Sound Recording | Ven Te Necesito - Areli | uscaj1428957 | | T0733351922 | |
| A507173672058280 | Sound Recording | Ven Te Necesito - Daniel Sebastian; | US1174056879 | | T0733351922 | |
| A874501853774811 | Sound Recording | Ven Te Necesito - Jesús Adrián Romero | QM24S1831815 | 193436013369 | T0733351922 | |
| A939693681077969 | Sound Recording | Ven Te Necesito - La Red Ministerios | COA6W1900328 \| QM4TW1549905 | | T0733351922 | |
| A877142362360471 | Sound Recording | Ven te Necesito - Los Seguidores de Jesús | GBSMU6175012 | 5059137585053 | T0733351922 | |
| A748887263983224 | Sound Recording | Ven Te Necesito - Oscar Cruz | ARA821601190 | 191018731878 | T0733351922 | |
| A612874381836032 | Sound Recording | Ven Te Necesito - Sofía Gala | ES03S1602926 | 192562794753 | T0733351922 | |
| A969220347068312 | Sound Recording | Ven Te Necesito - Soluciones Live | ES71G1846403 \| USATJ0501812 | | T0733351922 | |
| A369798229095154 | Sound Recording | Ven Te Necesito - Tono de Fe | QZES61882725 | | T0733351922 | |
| A254873018461590 | Sound Recording | Ven Te Necesito (Unplugged) - Jesús Adrián Romero | USATJ0501812 | 820617101828 | T0733351922 | |
| A859392264521845 | Sound Recording | VEN TE NECESITO-27393 - EVITA ULLOA Y FRANCISCO TRAVIEZO | CIXTH5728484 | | T0733351922 | |
| A714153922934560 | Sound Recording | Ven, Te Necesito (Dueto Con Jesús Adrián Romero) - Lilly Goodman | USATJ0501305 \| USATJ0401410 | 820617101323 | T0733351922 | |
| A317232445657751 | Sound Recording | Ven, Te Necesito (Instrumental) - Lewis Morris | QMFMF1548761 | 190374824545 | T0733351922 | |
| A343126037665540 | Sound Recording | Ven, Te Necesito (Instrumentales) - Super Tamarindo All Stars | QZ7R41851017 \| USATJ0501355 | 792278039607 | T0733351922 | |
| A810789696620237 | Sound Recording | Viviré - Abel Zavala | USATJ0903603 | 820617103624 | T9270612378 | |
| A641589914362876 | Sound Recording | Ya Estoy Aquí - Luis Campos | USATJ1305608 | 820617105628 | T9103506601 | |
| A633805502804977 | Sound Recording | Yo No Esperaba - Vastago Epicentro | USATJ1406506 | 820617106526 | T9158269148 | |
| A454703816899524 | Sound Recording | Yo No Esperaba - Vástago Epicentro | USATJ1406506 | 820617106526 | T9158269148 | |