EXHIBIT "E"

| | |
|---|---|
| **From:** | Mike Trauben |
| **Sent:** | Sunday, December 10, 2023 11:47 PM |
| **To:** | google-legal-support@google.com |
| **Cc:** | Michael Jon Samuels; Justin Trauben |
| **Subject:** | RE: Vàstago Producciones, LLC v. Heaven Publishing LLC and Michael Rodriguez (Internal Ref. No. 47263891) |
| **Attachments:** | [23-11-09] Subpoena to Produce Documents [YouTube - Google LLC].pdf; Exhibit 1 - Google Subpoena.pdf |
| **Importance:** | High |

Dear Google – regarding this matter, we wanted to follow-up as no one from Google was seemingly able to attend the below meet and confer conference. In this regard, is Google able to simply produce the documents/information requested in the attached Subpoena related to the Musical Works and Sound Recordings set forth in the **Exhibit "1"** (re-attached as a separate document hereto for ease of reference)? All parties to this Action are seeking this same information which, distilled to its core, consists of requesting that Google/YouTube please simply provide the information reflecting the revenues/income/royalties YouTube has collected in connection with the attached Musical Works/Sound Recordings to date, including to whom Google/YouTube has paid any such revenues/income/royalties it has collected, and the amount of revenues/income/royalties Google/YouTube is currently holding in connection with these Musical Works/Sound Recordings.

Can this information simply be provided at this time per the Subpoena?

Thank you,
Mike Trauben

Attorney Bio | Email | vCard



**MICHAEL A. TRAUBEN, ESQ.**
PARTNER
400 South Beverly Drive
Suite 240
Beverly Hills, CA 90212
Tel. (310) 856-9705
Fax (888) 734-3555
www.SinghTraubenLaw.com

**From:** google-legal-support@google.com <google-legal-support@google.com>
**Sent:** Tuesday, November 28, 2023 9:40 AM
**To:** Mike Trauben <mtrauben@singhtraubenlaw.com>
**Cc:** Michael Jon Samuels <MSamuels@singhtraubenlaw.com>; Justin Trauben <jtrauben@singhtraubenlaw.com>; Noemi Hernandez <NHernandez@singhtraubenlaw.com>
**Subject:** RE: Vàstago Producciones, LLC v. Heaven Publishing LLC and Michael Rodriguez (Internal Ref. No. 47263891)

Hello,

Thank you for your email. It looks like **11:30am PST on Friday, December 1** works. Please use the below dial-in information to connect to the call at that time:

Dial: (US) +1 253-289-5692
PIN: 807 975 456 04#

Regards,
Google Legal Investigations Support

On Mon, Nov 27, 2023 at 20:25 UTC mtrauben@singhtraubenlaw.com wrote:

> Hi,
>
>
> Thank you very much for the response to the Subpoena issued in the above-referenced matter. As a meet and confer call could certainly help streamline the process and likely assuage any perceived concerns regarding the Subpoena, is there perhaps a convenient time to discuss this matter on Thursday, November 30 or, alternatively, anytime on Friday, December 1, between 11:00 a.m. PST and 1:30 p.m. PST?
>
>
> Thank you again,
>
> Mike Trauben
>
>
> Attorney Bio | Email | vCard
>
> ──────────────────────────────
>
> **From:** google-legal-support@google.com <google-legal-support@google.com>
> **Sent:** Monday, November 27, 2023 10:50 AM
> **To:** Mike Trauben <mtrauben@singhtraubenlaw.com>
> **Subject:** Re: Vàstago Producciones, LLC v. Heaven Publishing LLC and Michael Rodriguez (Internal Ref. No. 47263891)
>
>
> Hello Michael,
>
> Please see the attached letter regarding the above-captioned matter. If you would like to set up a phone call with our team to meet and confer regarding this matter, please let us know in a reply to this email.
>
> Regards,
> Google Legal Investigations Support

CONFIDENTIAL: The information contained in this email is intended for the designated recipient(s) only and may be confidential, non-public, proprietary and/or protected by attorney-client privilege or other privilege(s). Unauthorized reading, distribution, copying or any other use of this communication is strictly prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient or if you believe that you have received this email in error, please notify the sender immediately and delete all copies of the email and any