**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VÁSTAGO PRODUCCIONES, LLC, | ) Case No.: 5:24-mc-80047 |
| Movant, | ) **[PROPOSED] ORDER GRANTING MOTION TO COMPEL GOOGLE LLC'S COMPLIANCE WITH SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS** |
| v. | |
| GOOGLE LLC, | |
| Third Party. | |
| VÁSTAGO PRODUCCIONES, LLC, | |
| Plaintiff, | |
| v. | |
| HEAVEN PUBLISHING LLC and MICHAEL RODRIGUEZ, | |
| Defendants. | |

**ORDER**

Upon review and consideration of Vástago Producciones, LLC's Motion to Compel Google LC's Compliance with Subpoena to Produce Documents, Information, or Objects, **IT IS HEREBY ORDERED THAT**:

Google LLC shall produce all documents responsive to the Subpoena within its possession, custody, or control within seven (7) days of entry of this Order.

Google LLC is ordered to reimburse Vástago Producciones, LLC's reasonable attorney's fees and costs incurred in bringing this motion. Vástago Producciones, LLC shall provide reasonable evidence of the attorney's fees and costs expended in enforcing this Subpoena.

**IT IS SO ORDERED.**

_____                    _____
DATED                                                           UNITED STATES DISTRICT COURT JUDGE