**SINGH, SINGH & TRAUBEN, LLP**
**MICHAEL A. TRAUBEN** (SBN: 277557)
mtrauben@singhtraubenlaw.com
400 S. Beverly Drive, Suite 240
Beverly Hills, California 90212
Tel: 310.856.9705 | Fax: 888.734.3555

***Attorneys for Movant/Plaintiff***
VÁSTAGO PRODUCCIONES, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VÁSTAGO PRODUCCIONES, LLC, | ) Case No.: 5:24-mc-80047 |
| | ) |
| Movant, | ) **MOVANT VÁSTAGO PRODUCCIONES, LLC'S** |
| | ) **CERTIFICATION OF INTERESTED ENTITIES** |
| v. | ) **OR PERSONS** |
| | ) |
| GOOGLE LLC, | ) |
| | ) |
| Third Party. | ) |
| | ) |
| VÁSTAGO PRODUCCIONES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| HEAVEN PUBLISHING LLC and MICHAEL | ) |
| RODRIGUEZ, | ) |
| | ) |
| Defendants. | ) |
| | ) |

SINGH,
SINGH &
TRAUBEN,
LLP

**L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities have a financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- **Vástago Producciones, LLC**, plaintiff/counter-defendant in the underlying lawsuit pending in the United States District Court for the Southern District of Texas styled *Vástago Producciones, LLC v. Heaven Publishing LLC, et al.*; Case No. 4:23-cv-01432 (the "**Texas Action**");

- **Heaven Publishing, LLC**, defendant/counterclaimant in the Texas Action;

- **Michael Rodriguez**, defendant/counterclaimant in the Texas Action.


**DATED**: February 26, 2024                    Respectfully submitted,

                                        **SINGH, SINGH & TRAUBEN, LLP**
                                        **MICHAEL A. TRAUBEN**


                                        By:    /s/ Michael A. Trauben
                                               Michael A. Trauben

                                        ***Attorneys for Movant/Plaintiff***
                                        VÁSTAGO PRODUCCIONES, LLC

SINGH,
SINGH &
TRAUBEN,
LLP